**Salil V. DESAI, Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

No. 04–2287.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2005.

Decided: March 28, 2005.

Salil V. Desai, Appellant pro se.

Dino Lucio Trubiano, Social Security Administration, Boston, Massachusetts, for Appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Salil V. Desai appeals the district court's order affirming the Commissioner of Social Security's decision denying Social Security Disability and Supplemental Security Income benefits. We must uphold the district court's disability determination if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Desai v. Commissioner of Social Security*, No. CA–03–93 (W.D.N.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*